IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| PAMELA D. FARMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 11-3109-JPM-dkv |
| | ) | |
| FEDEX EXPRESS, | ) | |
| | ) | |
| Defendant. | ) | |

JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Defendant's Second Motion to Dismiss,

**IT IS SO ORDERED, ADJUDGED, DECREED, AND DECLARED** that, in accordance with the Court's Order filed August 24, 2012, this case is DISMISSED WITH PREJUDICE.

APPROVED:

s/ JON PHIPPS McCALLA
JON P. McCALLA
CHIEF U.S. DISTRICT JUDGE

8/24/2012
Date