United States District Court for the Western
District of Tennessee

Pamela D. Farmer
8164 Oneil Drive
Millington, TN. 38053

RECEIVED
2012 SEP 18 PM 12:39
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

Plaintiff,

vs.

CASE NO. 2:11-cv-03109-JPM-dkv
Jury Demand: Plaintiff

FedEx Customer Information Services, Inc. (FCIS) FedEx Services
FedEx Corporate Services, Inc. Federal Express Corporation (FedEx Express)
942 Shady Grove Rd. Suite 248, Memphis, Tennessee 38120

Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Pamela D. Farmer, hereby appeal
(here name all parties taking the appeal)
to the United States Court of Appeals for the Sixth Circuit from Closing Plaintiff's Claim and granting
(the final judgment) (from an
defendants Judgement to Dismiss Complaint entered in this action on the 24th day of
order (describing it))
August 2012.

(S) Pamela D. Farmer
Address: 8164 Oneil Drive
Millington, Tennessee 38053
901-829-3169
PRO SE

Attorney for _____

cc: Opposing Counsel
Court of Appeals

```
DUPLICATE

Court Name: US District Court - TNW
Division: 2
Receipt Number: MEM76009113
Cashier ID: cf
Transaction Date: 05/18/2012
Payer Name: Pamela D Farmer
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Pamela D Farmer
 Amount:         $455.00
-----------------------------------
CREDIT CARD
 Amt Tendered:  $455.00
-----------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00
```