```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TENNESSEE
                         WESTERN DIVISION
```

|  |  |
|---|---|
| PAMELA FARMER, | ) |
| Plaintiff, | ) |
| v. | ) 2:11-cv-03109-JPM-dkv |
| FEDEX EXPRESS, | ) |
| Defendant. | ) |

### ORDER DENYING PLAINIFF'S MOTIONS AS MOOT

Before the Court are Plaintiff's Motion to Reconsider/ Reinstatement of Judgment for Dismissal Without Prejudice, filed September 19, 2012 (ECF No. 40); Motion to Reconsider Denial of Motion for Appointment of Counsel, filed October 15, 2012 (ECF No. 43); and Motion for Reconsideration and Appeal, filed October 17, 2012 (ECF No. 45).

The Court entered Judgment in this case on August 24, 2012, dismissing Plaintiff's case with prejudice. (ECF No. 34.)  On September 18, 2012, Plaintiff filed a Notice of Appeal of the Judgment to the United States Court of Appeals for the Sixth Circuit.  (ECF No. 37.)  On September 20, 2012, the Sixth Circuit assigned a case number to Plaintiff's appeal.  (ECF No. 38.)

Generally, filing a notice of appeal divests a district court of jurisdiction in favor of the appellate court.  See Griggs v. Provident Consumer Disc. Co., 459 U.S. 56, 58 (1982); Taylor v.

KeyCorp, 680 F.3d 609, 616 (6th Cir. 2012).  All of Plaintiff's pending Motions were filed after she filed her Notice of Appeal.  Accordingly, this Court does not have jurisdiction to consider Plaintiff's Motions.  Plaintiff's Motions are, therefore, DENIED AS MOOT.

**SO ORDERED** this 1st day of May, 2013.

                                      s/ Jon P. McCalla
                                      JON P. McCALLA
                                      CHIEF U.S. DISTRICT JUDGE