```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```
_____

PAMELA D. FARMER,                )
                                 )
     Plaintiff,                  )
                                 )
v.                               )    No. 11-03109-JPM-dkv
                                 )
FEDEX EXPRESS,                   )
                                 )
     Defendant.                  )
                                 )
_____

**ORDER ADOPTING REPORT AND RECOMMENDATION:
ORDER DISMISSING PLAINTIFF'S COMPLAINT**
_____

Before the Court is the Report and Recommendation of Magistrate Judge Diane K. Vescovo (the "Report and Recommendation"), filed July 22, 2013 (ECF No. 62), recommending that the Court dismiss Plaintiff's Complaint for "failure to timely effect service on FedEx TechConnect f/k/a FCIS and for failure to show good cause for failing to timely effect service." (Id. at 9.)  No objections to the Report and Recommendation have been filed, and the time for filing objections has expired.  (See id.)

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  Fed. R. Civ. P. 72(b) advisory committee notes.  On clear-error review of the Report and Recommendation, the Court hereby ADOPTS the Report

and Recommendation in its entirety.  Accordingly, Plaintiff's Complaint is DISMISSED for failure to timely effect service on FedEx TechConnect f/k/a FCIS and for failure to show good cause for failing to timely effect service.

    **SO ORDERED** this 6th day of August, 2013.

                                          s/ Jon P. McCalla
                                          JON P. McCALLA
                                          CHIEF JUDGE, U.S. DISTRICT COURT