```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TENNESSEE
                        WESTERN DIVISION
```
_____

PAMELA D. FARMER,                  )
                                   )
     Plaintiff,                    )
                                   )
v.                                 )   No. 11-03109-JPM-dkv
                                   )
FEDEX EXPRESS,                     )
                                   )
     Defendant.                    )
                                   )

_____

                            **JUDGMENT**
_____

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's Complaint (ECF No. 1), the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Court's Order of August 6, 2013 (ECF No. 63), Plaintiff's Complaint is, hereby, DISMISSED WITH PREJUDICE.

APPROVED:


s/ Jon P. McCalla
JON P. McCALLA
CHIEF JUDGE, U.S. DISTRICT COURT

August 9, 2013
Date